IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV308-1-MU

| | |
|---|---|
| JOSEPH MICHAEL GRIFFITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| S.A. BIRD, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff filed a Complaint on July 27, 2006. Defendants have filed an Answer to Plaintiff's Complaint. If either party wishes to file a dispositive motion it must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

So ordered.

Signed: September 28, 2006

Graham C. Mullen
United States District Judge