IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV308-1-MU

| | |
|---|---|
| JOSEPH MICHAEL GRIFFITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S.A. BIRD, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Judicial Settlement Conference (Doc. No. 32), filed June 23, 2008, and Plaintiff's Motion for Default Judgment (Doc. No. 33), filed September 4, 2008.

Plaintiff has filed a motion requesting that this Court convene a judicial settlement conference pursuant to Local Rule 16.3(D). Defendants' and Plaintiff have pending Motions for Summary Judgment. At this time, the Court does not believe a judicial settlement conference is warranted and Plaintiff's motion requesting one is denied. In addition, this Court will not enter a default judgment against Defendants.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's Motion for Judicial Settlement Conference is **DENIED**; and

2. Plaintiff's Motion for Default Judgment is **DENIED**.

Signed: October 1, 2008

Graham C. Mullen
United States District Judge