IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV308-1-MU

| | | |
|---|---|---|
| JOSEPH MICHAEL GRIFFITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| S.A. BIRD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Object to a Ruling or Order (Doc. No.35), filed October 20, 2008.

On October 1, 2008, this Court denied Plaintiff's Motion Requesting a Judicial Settlement Conference. The reasons for this Court denying this motion have not changed. Plaintiff's present motion objecting to the denial of his request for a settlement conference is denied.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion to Object to a Ruling or Order (Doc. No. 35) is **DENIED.**

Signed: November 10, 2008

Graham C. Mullen
United States District Judge