# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joseph Michael Griffith ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                         3:06cv308

S.A. Bird, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2009 Order.

Signed: November 3, 2009

Frank G. Johns, Clerk
United States District Court